# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

DESMOND THIERRY NGU ANOMA,

Petitioner,

v.

WARDEN OF THE OTAY MESA
DETENTION FACILITY, *et al.*,

Respondents.

Case No. 25-cv-02505-BAS-BLM

**ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
(ECF No. 1)**

Petitioner Desmond Thierry Ngu Anoma filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1.) The Court held a hearing on the Petition. (ECF No. 16.)

For the reasons expressed at the hearing, the Court **GRANTS** the Petition. Specifically, the Court finds Petitioner's detention violates *Zadvydas v. Davis*, 533 U.S. 678 (2001), because there is no reasonable likelihood of removal in the reasonably foreseeable future. Accordingly, the Court issues the following writ:

//

//

- 1 -

The Court **ORDERS** Respondents to immediately release Desmond Thierry Ngu Anoma from custody.

The Court also finds it appropriate to grant permanent injunctive relief as follows:

Respondents are **PROHIBITED** from removing Desmond Thierry Ngu Anoma without providing Petitioner and his counsel with notice of the country Respondents plan to remove him to and an opportunity to be heard. Respondents are ordered to give Petitioner and his counsel said notice at least **ten days** before removal to give them a meaningful opportunity to raise opposition to the third country.

Respondents are **PROHIBITED** from re-detaining Desmond Thierry Ngu Anoma for removal unless Respondents have obtained a travel document to effectuate removal.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: February 27, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

25cv2505